**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:    JACQUELINE A HAMPTON                               CASE NO: 07-04947
                                                             CHAPTER 13

         DEBTORS(S)                                          JUDGE:  JACK B SCHMETTERER

                                                             NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    REAL TIME RESOLUTION

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0007 | 1100102430 | $ 3,050.28 | $ 3,050.28 | $ 3,050.28 |

Total Amount Paid the Trustee                                              $   3,050.28

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                          __  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 18th day of    July, 2012.

Debtor(s)                                                              Debtors Attorney

JACQUELINE A HAMPTON                                                   TIMOTHY K LIOU
850 S DES PLAINES AVE                                                  900 W WASHINGTON BLVD
FOREST PARK IL 60130-2082                                              CHICAGO IL 606072298

Mortgage Arrearage Creditor

REAL TIME RESOLUTION
1750 REGAL ROW #120
DALLAS TX 75235

Electronic Service US Trustee

Date: July 18, 2012                                  /s/ Tom Vaughn

                                                     Tom Vaughn, Chapter 13 Trustee
                                                     Chapter 13 Trustee
                                                     55 East Monroe Street, Suite 3850
                                                     Chicago, Ill   60603